# EXHIBIT B4

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Howard Hirsch (SBN 213209)<br>Lexington Law Group<br>503 Divisadero Street<br>San Francisco, CA 94117<br>TELEPHONE NO.: (415) 913-7800   FAX NO. *(Optional)*: (415) 759-4112<br>E-MAIL ADDRESS *(Optional)*: hhirsch@lexlawgroup.com<br>ATTORNEY FOR *(Name)*: Greenpeace, Inc. | **FILED BY FAX**<br>ALAMEDA COUNTY<br>January 06, 2021<br>CLERK OF<br>THE SUPERIOR COURT<br>By Shabra Iyamu, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Rene C. Davidson Courthouse | CASE NUMBER:<br>**RG20082964** |
| PLAINTIFF/PETITIONER: Greenpeace, Inc.<br>DEFENDANT/RESPONDENT: Walmart, Inc. | CASE NUMBER:<br>RG 20-082964 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   Walmart, Inc.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   C T Corporation System, 702 SW 8th Street, Bentonville, AR 72716
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:                    (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:              at *(time)*:           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:              from *(city)*:                         or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Greenpeace, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Walmart, Inc. | RG 20-082964 |

5. c. [✔] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on *(date):* December 23, 2020     (2) from *(city):* San Francisco, CA

     (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

     (4) [✔] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✔] On behalf of *(specify):* Walmart, Inc.
   under the following Code of Civil Procedure section:
   - [✔] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
   - [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
   - [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
   - [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
   - [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
   -    [ ] other:

7. **Person who served papers**
   a. Name: Alexis Pearson
   b. Address: 503 Divisadero Street, San Francisco, CA 94117
   c. Telephone number: (415) 913-7800
   d. **The fee** for service was: $
   e. I am:
      (1) [✔] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
        (i) [ ] owner [ ] employee [ ] independent contractor.
        (ii) Registration No.:
        (iii) County:

8. [✔] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     or

9. [ ] **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: January 5, 2021

Alexis Pearson                          ▶ *[signature: Alexis Pearson]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)