IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENPEACE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-00754-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; VACATING HEARING** |

　　　Before the Court is defendant Walmart Inc.'s Motion to Dismiss, filed March 8, 2021, whereby defendant seeks dismissal pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.  On March 29, 2021, plaintiff Greenpeace, Inc. filed a First Amended Complaint.

　　　A party may amend a pleading "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  See Fed. R. Civ. P. 15(a)(1).  "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent."  Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

　　　In the instant case, plaintiff filed its First Amended Complaint within 21 days after service of the motion, and, consequently, was entitled to amend as of right.  See Fed. R. Civ. P. 15(a)(1).

　　　Accordingly, the Court hereby DENIES as moot defendant's motion to dismiss the initial complaint and VACATES the hearing scheduled for May 14, 2021.

　　　**IT IS SO ORDERED.**

Dated: April 1, 2021

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge