Patrick L. Oot (*pro hac vice* granted)
SHOOK, HARDY & BACON L.L.P.
1800 K Street, N.W., Suite 1000
Washington, DC 20006
Tel: 202.783.8400 | Fax: 202.783.4211
oot@shb.com

Eva M. Weiler (SBN: 233942)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Tel: 949.475.1600 | Fax: 949.475.0016
eweiler@shb.com

M. Kevin Underhill (SBN: 208211)
Steve Vieux (SBN: 315133)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel: 415.544.1900 | Fax: 415.391.0281
kunderhill@shb.com
svieux@shb.com

Attorneys for Defendant Walmart Inc.

Howard J. Hirsch (SBN: 213209)
Ryan Berghoff (SBN: 308812)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Tel: 415.913.7800
hhirsch@lexlawgroup.com

Attorneys for Plaintiff Greenpeace, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| GREENPEACE, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>WALMART INC.,<br><br>    Defendant. | Case No.: 3:21-cv-00754 MMC<br><br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Complaint filed Jan. 29, 2021<br>First Am. Compl. filed Mar. 29, 2021<br>Second Am. Compl. filed Oct. 15, 2021 |

Pursuant to Civil Local Rule 6-1(b), Plaintiff Greenpeace, Inc. ("Plaintiff") and Defendant Walmart Inc. ("Walmart") (collectively, the "Parties"), by and through their respective counsel of record, hereby recite, and request entry of an order as follows:

WHEREAS, Plaintiff filed the Complaint in this action on December 16, 2020, in the Superior Court of California, County of Alameda;

WHEREAS, the case was removed to Federal Court on January 29, 2021, (Dkt 1);

WHEREAS, on March 29, 2021, Plaintiff filed their First Amended Complaint (Dkt. 24);

WHEREAS, on September 20, 2021, the Court granted Walmart's motion to dismiss with leave to file a Second Amended Complaint ("SAC") by October 15, 2021, (Dkt. 40);

WHEREAS, Plaintiff filed their SAC on October 15, 2021, (Dkt. 41);

WHEREAS, pursuant to Fed. R. Civ. P. 15(a)(3), Walmart's deadline to respond to the SAC is October 29, 2021;

WHEREAS, since Plaintiff filed the SAC, the Parties have met and conferred and Plaintiff has agreed to provide an extension for Walmart to respond to the SAC by November 10, 2021;

WHEREAS, on October 27, 2021, Walmart filed a stipulation to extend the deadline for Walmart to respond to the SAC by November 10, 2021;

WHEREAS, Walmart intends to file a second motion to dismiss to Plaintiff's SAC;

WHEREAS, pursuant to L.R. 7-3(a), Plaintiff's Opposition to Walmart's second motion to dismiss will be due fourteen days after Walmart files its second motion to dismiss;

WHEREAS, the Parties have met and conferred and Walmart has agreed to provide Plaintiff a twelve-day extension in addition to the fourteen-day deadline for Plaintiff to file an Opposition to Walmart's second motion to dismiss;

WHEREAS, pursuant to L.R. 7-3(c), Walmart's Reply in support of its motion will still be due seven days after Plaintiff's Opposition is due; and

WHEREAS, the requested changes will not hinder or harm any proceedings in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, by and through their respective counsel, that:

1. Plaintiff's Opposition to Walmart's second motion to dismiss be due twenty-six days after the filing of Walmart's second motion to dismiss.

THEREFORE, the Parties respectfully request that the Court order that Plaintiff's Opposition to Walmart's second motion to dismiss be due twenty-six days after the filing of Walmart's second motion to dismiss.

IT IS SO STIPULATED.

Dated: October 27, 2021    SHOOK, HARDY & BACON L.L.P.

By: /s/ Eva M. Weiler
Eva M. Weiler
Attorneys for Defendant Walmart Inc.

Dated: October 27, 2021    LEXINGTON LAW GROUP

By: /s/ Howard Hirsch
Howard Hirsch
Ryan Berghoff
Attorneys for Plaintiff Greenpeace, Inc.

# [PROPOSED] ORDER

HAVING READ the Parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT:

Plaintiff's Opposition to Walmart's second motion to dismiss is due twenty-six days after the filing of Walmart's second motion to dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 29, 2021

Hon. Maxine M. Chesney
United States District Judge