IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENPEACE, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> WALMART INC., <br><br>    Defendant. | Case No.  21-cv-00754-MMC <br><br> **ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

On December 13, 2021, plaintiff Greenpeace, Inc. electronically filed its "Opposition to Defendant Walmart Inc.'s Motion to Dismiss Second Amended Complaint," the "Declaration of Howard Hirsch in Support of Plaintiff's Opposition," and a "Request for Judicial Notice in Support of Plaintiff's Opposition."  To date, Plaintiff has not submitted courtesy copies of said documents.

Pursuant to this Court's Standing Orders, effective October 27, 2021, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Accordingly, plaintiff is hereby ORDERED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: December 20, 2021

MAXINE M. CHESNEY
United States District Judge