IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENPEACE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-00754-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS** |

Before the Court is defendant Walmart Inc.'s Motion, filed November 10, 2021, "to Dismiss the Second Amended Complaint." On February 18, 2022, plaintiff Greenpeace, Inc. filed, with leave of court, a Third Amended Complaint.

"[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

Accordingly, defendant's motion to dismiss the Second Amended Complaint is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: February 22, 2022

　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge