Howard J. Hirsch (SBN: 213209)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
hhirsch@lexlawgroup.com
Attorneys for Plaintiff GREENPEACE, INC.

Patrick L. Oot (*pro hac vice* granted)
SHOOK, HARDY & BACON L.L.P.
1800 K Street, N.W., Suite 1000
Washington, DC 20006
oot@shb.com

Eva M. Weiler (SBN: 233942)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
eweiler@shb.com

M. Kevin Underhill (SBN: 208211)
Steve Vieux (SBN: 315133)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
kunderhill@shb.com
svieux@shb.com
Attorneys for Defendant WALMART INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREENPEACE, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALMART INC.,<br><br>　　　　　Defendant. | Case No. 3:21-CV-00754-MMC<br>Assigned to Hon. Maxine M. Chesney<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice.

Dated: June 3, 2022      LEXINGTON LAW GROUP

By: */s/ Howard Hirsch*
Howard Hirsch
Meredyth Merrow

Attorneys for Plaintiff
GREENPEACE, INC.

Dated: June 3, 2022      SHOOK, HARDY & BACON L.L.P.

By: */s/ Eva Weiler*
Eva Weiler
M. Kevin Underhill
Steve Vieux

Attorneys for Defendant
WALMART INC.

- 1 -

STIPULATION FOR DISMISSAL – CASE NO.3:21-CV-00754-MMC

## **ATTESTATION**

I, Howard Hirsch, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation for Dismissal. Pursuant to Local Civil Rule 5-1(i)(3), I hereby attest that Eva Weiler, on whose behalf this filing is jointly submitted, has concurred in this filing.

                                             */s/ Howard Hirsch*

                                             Howard Hirsch